August 26, 2011

Mr. Christopher Jene Richart
Pillsbury Winthrop Shaw Pittman, LLP
909 Fannin, Suite 2000
Houston, TX 77010-1018
Mr. Richard G. Baker
Baker & Zbranek, P.C.
P. O. Box 10066
Liberty, TX 77575

RE: Case Number: 09-1010
 Court of Appeals Number: 09-08-00083-CV
 Trial Court Number: CV71974

Style: FPL FARMING LTD.
 v.
 ENVIRONMENTAL PROCESSING SYSTEMS, L.C.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Melody Gilmore|
| | |
| |Mr. Chris Lee |
| |Gilbert |
| |Ms. Samara L. |
| |Kline |